DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
P O Box 50013
San Jose, CA 95150-0013

Telephone: (408) 354-4413
Facsimile: (408) 354-5513

Trustee for Debtor(s)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA - DIVISION 5

In re:                                              ) Chapter 13
                                                    ) Case No.  23-51372HLB
Ronald William Critchfield                          )
                                                    ) SECOND AMENDED TRUSTEE'S OBJECTION
                                                    ) TO CONFIRMATION WITH CERTIFICATE OF
                                                    ) SERVICE
Marlene Lynn Critchfield                            )
                                                    ) Initial Confirmation Hearing Date: N/A – Trustee's
                                                    )                    Pending List
                                                    )
                                                    )
                                                    ) Judge:  Hannah L. Blumenstiel
                                                    )
                                                    )
                    Debtor(s)                       )

Devin Derham-Burk, Trustee in the above matter, objects to the Confirmation of this Plan for the following reasons:

1. In order to assist the Trustee in determining whether the disposable income test in 11 U.S.C. §1325(b)(1)(B) and/or the feasibility test in 11 U.S.C. §1325(a)(6) is met, the Trustee requests that the Debtors provide her with a copy of each federal and state income tax return and W-2 form required under applicable law with respect to each tax year of the Debtors' ending while the case is pending confirmation.  The tax return shall be provided to her at the same time it is filed with the taxing authority.

Trustee's Objection to Confirmation –

2. The Trustee requests a copy of the balance sheet for the corporation known as Ronald W. Critchfield, Inc. as of October 31, 2023.

3. The Debtor is not in compliance with Fed. R. Bankr. P. 2002(a). The Debtor has failed to file a certificate of service to show that secured creditor Sailfish Servicing LLC c/o ServiceMac LLC was noticed of the First Amended Plan filed February 6, 2024. Note: Notice will not run until creditor have been served.

Dated: February 9, 2024 /S/ Devin Derham-Burk

_____
Chapter 13 Trustee

Trustee's Objection to Confirmation –

# CERTIFICATE OF SERVICE BY MAIL

I declare that I am over the age of 18 years, not a party to the within case; my business address is 105 Cooper Court, Los Gatos, California 95032. I served a copy of the within Trustee's Objection to Confirmation by placing same in an envelope in the U.S. Mail at Los Gatos, California on February 9, 2024.

Said envelopes were addressed as follows:

| Ronald & Marlene Critchfield | Cypress Coast Law PC |
| 14190 Reservation Road | 44 West Alisal Street |
| Salinas, CA  93908 | Salinas, CA  93901 |

/S/ Lesley Pace
_____
Office of Devin Derham-Burk, Trustee

Trustee's Objection to Confirmation –